AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### District of South Carolina

RECEIVED
US DC CLERK, FLORENCE, SC
2022 MAR 23 PM 3:08

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| ABDULRAHAM AHMED AL AQLAN | ) | Case No. 4:22mj10 |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **March 22, 2022** in the county of **Horry** in the District of **South Carolin**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 49 U.S.C. 46314(a) and (b)(2) | Entering aircraft or airport area in violation of security requirements |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Charles E. Diez, Task Force Officer, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 03/23/2022

_____
*Judge's signature*

City and state: Florence, SC

Thomas E. Rogers, III, U.S. Magistrate Judge
*Printed name and title*